IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| TRACY EDWARD JOHNSON, | : | PRISONER CIVIL RIGHTS |
| Plaintiff, | : | 42 U.S.C. § 1983 |
| | : | |
| v. | : | |
| | : | |
| CPL. BRAY et al., | : | CIVIL ACTION NO. |
| Defendants. | : | 2:11-CV-59-RWS-SSC |

## FINAL REPORT AND RECOMMENDATION

Plaintiff, who is proceeding *pro se*, brought this 42 U.S.C. § 1983 action concerning his prior confinement at the Barrow County Detention Center in Winder, Georgia. On November 7, 2011, the Court directed Plaintiff to show cause within twenty-one days why this case should not be dismissed for want of prosecution. (Doc. 22). Plaintiff has not responded to the Court's Order, and the deadline for doing so has passed.

Accordingly, the undersigned **RECOMMENDS** that this action be **DISMISSED WITHOUT PREJUDICE** for want of prosecution. See Fed. R. Civ. P. 41(b); LR 41.3A, NDGa.

**SO RECOMMENDED** this 6th day of December, 2011.

*Susan S. Cole*
SUSAN S. COLE
UNITED STATES MAGISTRATE JUDGE

1