# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

TRACY EDWARD JOHNSON, :
:
    Plaintiff, :
:
v. : CIVIL ACTION NO.
: 2:11-CV-00059-RWS
CPL. BRAY, *et al.*, :
:
    Defendants. :

## **ORDER**

This case is before the Court for consideration of the Final Report and Recommendation [23] of Magistrate Judge Susan S. Cole. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, this action is hereby **DISMISSED** for want of prosecution. The Clerk shall close the case.

**SO ORDERED**, this   3rd   day of January, 2012.


_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)